■ UNITED MERCHANTS AND MANUFACTURERS, INC., Appellant, v IRVING

HAMADA, Respondent.—Order, Supreme Court, New York County, entered on March 1, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Appeal from order of said court entered on May 7, 1979 dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.